No. 15. PUBLIC SERVICE COMMISSION OF UTAH ET AL. v. UNITED STATES ET AL., 356 U. S. 421;

No. 57. BYRD v. BLUE RIDGE RURAL ELECTRIC COOPERATIVE, INC., 356 U. S. 525;

No. 84. MASCIALE v. UNITED STATES, 356 U. S. 386; and

No. 386, Misc. MILLER v. THORN, ANCILLARY EXECUTRIX, ET AL., 355 U. S. 965. Petitions for rehearing denied.

No. 40. HOAG v. NEW JERSEY, 356 U. S. 464. Rehearing denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this application.

No. 846. BROWN v. UNITED STATES, 356 U. S. 938. Motion for leave to file petition for rehearing denied.

No. 846, Misc. JOHNSON v. UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the Second Circuit. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *William H. Timbers* for petitioner. *Solicitor General Rankin* for the United States.

JUNE 30, 1958.

No. 1057. CASH v. CULVER, STATE PRISON CUSTODIAN. Certiorari, 357 U. S. 904, to the Supreme Court of Florida. It is ordered that *Irwin L. Langbein, Esquire,* of West Palm Beach, Florida, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.